1  DANIEL G. BOGDEN
   United States Attorney
2  BRANDON C. JAROCH
   Special Assistant United States Attorney
3  333 Las Vegas Blvd., So., Suite 5000
   Las Vegas, NV 89101
4  Telephone: (702) 388-6336

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:12-mj-00629-VCF |
| v. | ) | MOTION FOR LEAVE TO DISMISS |
| CHRISTIAN ADRIAN ROMAN-LOPEZ, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Criminal Complaint filed on September 12, 2012 and requests the case be closed.

Dated this  14th  day of September, 2012.

DANIEL G. BOGDEN
United States Attorney

/s/ Brandon C. Jaroch

BRANDON C. JAROCH
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing motion for leave to dismiss and the case is ordered closed.

DATED this  14  day of  September  2012.

CAM FERENBACH
United States Magistrate Judge